Julie E. Hayashida (SBN 260278)
jhayashida@bhc.law
P. Mark Mahoney (SBN 232549)
mmahoney@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile: (510) 658-1151

Attorneys for Defendant
FOREMOST INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN
erroneously sued as FOREMOST INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAHEED AHMED, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FOREMOST INSURANCE COMPANY, and DOES 1-50,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00490-MCE-DB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 26(A)(1)] AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the entire above-captioned action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs, pursuant to FRCP 41(a)(1)(A)(ii).

///

///

-1-
**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 26(A)(1)] AND ORDER OF DISMISSAL WITH PREJUDICE**

BHC LAW GROUP LLP

Dated: April 11, 2022                     /s/ P. Mark Mahoney

Julie E. Hayashida
P. Mark Mahoney
Attorneys for Defendant
FOREMOST INSURANCE
COMPANY GRAND RAPIDS,
MICHIGAN


D.B. Hill, A PROFESSIONAL CORPORATION

Dated: April 11, 2022                     /s/ Dennis B. Hill

Dennis B. Hill
Attorneys for Plaintiff
WAHEED AHMED

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: April 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**BHC LAW GROUP LLP**
_____
5900 Hollis Street, Suite O. Emeryville, CA 94608
510-658-3600

-3-
**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 26(A)(1)] AND ORDER OF DISMISSAL WITH PREJUDICE**